FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM B. ROWAN,<br><br>                    Petitioner,<br><br>  v.<br><br>JEFFEREY PERKINS,<br><br>                    Respondent. | NO: 1:25-CV-03158-TOR<br><br>ORDER DISMISSING ACTION |

      By Order filed October 21, 2025, the Court advised Petitioner of the deficiencies of his *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 and directed him to amend within sixty days. ECF No. 5. Petitioner, an individual incarcerated at the Coyote Ridge Corrections Center, has paid the $5.00 filing fee. Respondent has not been served.

      Petitioner did not comply with the Court's instructions and has filed nothing further in this action. The Court noted that all of Petitioner's asserted grounds for relief involved a challenge to the constitutionality of RCW 9A.44.020(1), a state non-corroboration statue. Petitioner's claim that this statue is unconstitutional is not

ORDER DISMISSING ACTION -- 1

a cognizable habeas claim. *See Smith v. Ryan*, 823 F.3d 1270, 1282 (9th Cir. 2016) (quoting *Rhoades v. Henry*, 611 F.3d 1133, 1142 (9th Cir. 2010)); see also *Peltier v. Wright*, 15 F.3d 860, 861–62 (9th Cir. 1994) (noting that generally federal habeas corpus is unavailable for alleged errors in interpretation and application of state law). Further, Petitioner failed to demonstrate that his federal habeas corpus petition was timely or that each claim was properly exhausted. ECF No. 5 at 3–7.

The Court cautioned Petitioner that his failure to amend within 60 days as directed would result in the dismissal of the petition. Accordingly, for the reasons set forth above and in the Order to Amend Petition, **IT IS ORDERED:**

1. This action is **DISMISSED with prejudice** pursuant to Rule 4, Rules Governing Section 2254 Cases in the United States District Courts.

2. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is **DENIED**.

The Clerk of Court shall enter this Order, enter judgment, provide copies to Petitioner, and **CLOSE** the file.

**DATED January 6, 2026**.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION -- 2